IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CATHY BAILEY, | § | |
| Individually and as Representative | § | |
| of the Estate of COREY DEON | § | |
| BAILEY, Deceased, | § | |
|     *Plaintiff,* | § | |
| | § | |
| vs. | § | NO. 3:09-cv-00865-K |
| | § | (ECF) |
| DALLAS COUNTY, TEXAS and | § | |
| DALLAS COUNTY CORRECTIONAL | § | |
| OFFICERS JULIA QUIROGA, | § | |
| CRAIG ELLIOTT, QUINTON LACY, | § | |
| TIMOTHY CLICK and DANIEL | § | |
| MORENO, | § | |
|     *Defendants*. | § | JURY TRIAL DEMANDED |

## ADDENDUM TO MOTION TO CLARIFY ROLE OF GUARDIAN AD LITEM AND REQUEST THAT NO HEARING BE REQUIRED

To the Honorable Judge, Ed Kinkeade:

    Comes now Balon B. Bradley, Guardian Ad Litem, in the above styled case and files this Motion and requests that the Court Rule on the previously filed Motion to Clarify Role of the Guardian Ad Litem based on the documents filed and without the need of a hearing.

I.

    On October 2, 2014, I discussed this Motion with Mr. Peter Harlan, attorney for Defendant, Dallas County, Texas, and he agrees and concurs that a hearing is not necessary for the Court to rule appropriately on this Motion.

II.

On October 3, 2014, I discussed this Motion with Mr. James Montgomery, Jr., attorney for the Plaintiffs, and he agrees and concurs that a hearing is not necessary for the Court to rule appropriately on this Motion.

Wherefore, the Guardian Ad Litem, Balon B. Bradley, prays that the Court rule on the Motion T Clarify the Role of the Guardian Ad Litem without a hearing.

/s/Balon B. Bradley
BALON B. BRADLEY
State Bar Number:02821700
5473 Blair Road, Suite 100
Dallas, Texas 75231
(972) 991-1582
(972) 755-0424  facsimile
balon@bbradleylaw.com

GUARDIAN AD LITEM FOR MINOR, DONALD BAILEY

### CERTIFICATE OF SERVICE

I hereby certify that on October 9, 2014, the foregoing pleading was filed with the clerk of the court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court.  The electronic case filing system sent a "Notice of Electronic Filing" to all attorneys of record who have consented in writing to accept this Notice as service of documents by electronic means.

/s/ Balon B. Bradley
Balon B. Bradley